```
Stuart B. Wolfe (SBN 156471)
David M. Chute (SBN 136564)
dmchute@wolfewyman.com
WOLFE & WYMAN LLP
5 Park Plaza, Suite 1100
Irvine, California 92614-5979
Telephone: (949) 475-9200
Facsimile: (949) 475-9203

Attorneys for Defendant and Third-Party Plaintiff
CITIBANK, N.A.
```



# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SPODICK, Conservator of the Person and Estate of Lorraine C. Pearson,<br><br>    Plaintiff,<br><br>v.<br><br>CITIBANK, N.A., and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. CV 10 1901 JCS<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO THIRD-PARTY COMPLAINT** |
| CITIBANK, N.A.,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>MOSTAFA BEHZADPOUR, an individual,<br><br>    Third-Party Defendant. | |

///
///
///
///
///

1
STIPULATION EXTENDING TIME TO RESPOND TO THIRD-PARTY COMPLAINT – CV 10-1901

IT IS HEREBY STIPULATED by and between Third-Party Plaintiff Citibank, N.A. and Third-Party Defendant Mostafa Behzadpour, that the time for filing of a responsive pleading to the Third-Party Complaint of Citibank, NA. is extended from June 21, 2010 to and including July 13, 2010.

DATED: June 16, 2010

WOLFE & WYMAN LLP

By: _____
STUART B. WOLFE
DAVID M. CHUTE
Attorneys for Defendant and Third-Party Plaintiff **CITIBANK, N.A.**

DATED: June 17, 2010

By: _____
MOSTAFA BEHZADPOUR
Third-Party Defendant *In Pro Se*

H:\Matters\CitiMtg, Inc. - CMI (1133.003)\393 (Spodick)\Pleadings\Stipulation to Extend Time to Respond.doc

Dated: June 23, 2010



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

2
**STIPULATION EXTENDING TIME TO RESPOND TO THIRD-PARTY COMPLAINT – CV 10-1901**

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
                               ) ss.
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 5 Park Plaza, Suite 1100, Irvine, California 92614-5979.

On June 22, 2010, I served the document(s) described as STIPULATION EXTENDING TIME TO RESPOND TO THIRD-PARTY COMPLAINT on all interested parties in said action by placing a true copy thereof in a sealed envelope addressed as stated on the ATTACHED SERVICE LIST.

☒ **BY MAIL**: as follows:

    ☐ STATE - I am "readily familiar" with Wolfe & Wyman LLP's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

    ☒ FEDERAL – I deposited such envelope in the U.S. Mail at Irvine, California, with postage thereon fully prepaid.

☐ **BY CERTIFIED MAIL** as follows: I am "readily familiar" with Wolfe & Wyman LLP's practice for the collection and processing of correspondence for mailing with the United States Postal Service; such envelope will be deposited with the United States Postal Service on the above date in the ordinary course of business at the business address shown above; and such envelope was placed for collection and mailing, by Certified United States Mail, Return Receipt Requested, on the above date according to Wolfe & Wyman LLP's ordinary business practice.

☒ **BY ELECTRONIC ACCESS** Pursuant to Electronic Filing Court Order, I hereby certify that the above document(s) was uploaded to the Northern District Court website and will be posted on the website by the close of the next business day and the webmaster will give e-mail notification to all parties.

☐ **BY OVERNIGHT COURIER SERVICE** as follows: I caused such envelope to be delivered by overnight courier service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

☐ **BY FACSIMILE** as follows: I caused such documents to be transmitted to the telephone number of the addressee listed on the attached service list, by use of facsimile machine telephone number. The facsimile machine used complied with California Rules of Court, Rule 2004 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), a transmission record of the transmission was printed.

☐ STATE    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ FEDERAL    I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.

Executed on June 22, 2010, at Irvine, California.

                                                                                                Kathy Hagmaier

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SERVICE LIST**
San Francisco Superior Court – Case No.: CGC-10-497405
THERESA SPODICK v. CITIBANK, N.A.
W&W File No. 1133-393
[Revised: 5/4/10]

| | |
|---|---|
| Farley J. Neuman, Esq.<br>Denise Sutherland, Esq.<br>JENKINS GOODMAN NEUMAN &<br>HAMILTON LLP<br>417 Montgomery Street, 10th Floor<br>San Francisco, CA 94104<br>Email: fneuman@jgn.com<br>Email: dsutherland@jgn.com | Attorney for Plaintiff<br>THERESA SPODICK |
| MOSTAFA BEHZADPOUR<br>50 Sonoma Street<br>San Raphael, CA 94901 | Third-Party Defendant *In Pro Se* |