FARLEY J. NEUMAN, ESQUIRE - State Bar #100021
DENISE SUTHERLAND, ESQUIRE – State Bar#183081
JENKINS GOODMAN NEUMAN & HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411
fneuman@jgn.com
dsutherland@jgn.com

Attorneys for Plaintiff, THERESA SPODICK
Conservator of the Person and Estate of Lorraine C. Pearson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SPODICK, Conservator of the Person and Estate of Lorraine C. Pearson,<br><br>Plaintiff,<br><br>vs.<br><br>CITIBANK, N.A. and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:10-cv-01901-JCS<br><br>**REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE**<br><br>DATE: August 13, 2010<br>TIME: 1:30 P.M.<br>DEPT: Courtroom A, 15th Floor<br><br>Date Complaint Filed: March 3, 2010<br>Trial Date: None<br><br>San Francisco Superior<br>Court Case No.: CGC-10-497405 |

IT IS HEREBY REQUESTED that Denise Sutherland, counsel for plaintiff, THERESA SPODICK, be allowed to appear by telephone at the hearing scheduled in the above-referenced matter on August 13, 2010 at 1:30 P.M. and will be available by telephone at [415] 705-0158 for the hearing.

///

///

-1-

REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE

```
 1  DATED: July 27, 2010          JENKINS GOODMAN NEUMAN
                                  & HAMILTON LLP
 2
 3                                By: _____
 4                                    FARLEY J. NEUMAN
                                      DENISE SUTHERLAND
 5                                    Attorneys for Plaintiff, THERESA
                                      SPODICK (Conservator for Lorraine C.
 6                                    Pearson)

 7  REQUEST GRANTED,
 8
 9
10  DATED: __July 27__, 2010      _____
                                  MAGISTRATE JUDGE
11                                JOSEPH C. SPERO
```

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

-2-

REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE