1  FARLEY J. NEUMAN, ESQUIRE - State Bar #100021
   DENISE SUTHERLAND, ESQUIRE – State Bar#183081
2  JENKINS GOODMAN NEUMAN & HAMILTON LLP
   417 Montgomery Street, 10th Floor
3  San Francisco, California  94104
   Telephone:  (415) 705-0400
4  Facsimile:  (415) 705-0411
   fneuman@jgn.com
5  dsutherland@jgn.com

6  Attorneys for Plaintiff, THERESA SPODICK
   Conservator of the Person and Estate of Lorraine C. Pearson
7

8

                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   THERESA SPODICK, Conservator of
12 the Person and Estate of Lorraine C.        Case No. 3:10-cv-01901-JCS
   Pearson,
13                                             **REQUEST TO APPEAR
                              Plaintiff,       TELEPHONICALLY AT THE CASE
14                                             MANAGEMENT CONFERENCE**
   vs.
15                                             **DATE:  October 22, 2010**
   CITIBANK, N.A. and DOES 1                   **TIME:  1:30 P.M.**
16 through 50, inclusive,                      **DEPT:  Courtroom A, 15th Floor**

17                            Defendants.      **Date Complaint Filed:  March 3, 2010**
                                               **Trial Date:  None**
18
                                               San Francisco Superior
19                                             Court Case No.:  CGC-10-497405

20

21       IT IS HEREBY REQUESTED that Denise Sutherland, counsel for plaintiff,

22 THERESA SPODICK, be allowed to appear by telephone at the Case Management

23 Conference and Citibank's Motion to Amend the Third Party Complaint scheduled in the

24 above-referenced matter on October 22, 2010 at 1:30 P.M. and will be available by

25 telephone at [415] 705-0158 for these hearings.

26 ///

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St
10th Floor
San Francisco, CA
94104
(415) 705-0400

-1-

REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE AND CITIBANK'S MOTION

1

2    DATED:  October 6, 2010        JENKINS GOODMAN NEUMAN
                                    & HAMILTON LLP
3

4                                   By: _____

5                                      FARLEY J. NEUMAN
                                       DENISE SUTHERLAND
6                                      Attorneys for Plaintiff, THERESA
                                       SPODICK (Conservator for Lorraine C.
7                                      Pearson)

8    REQUEST GRANTED,

9

10

11   DATED: _____October 6_____, 2010    _____

12                                   MAGISTRATE JUDGE
                                     JOSEPH C. SPERO
13

14

15

16

17

18

19

20

21

22

23

24

25   Jenkins Goodman
     Neuman & Hamilton
     LLP
     417 Montgomery St.
     10th Floor
26   San Francisco, CA
     94104
     (415) 705-0400

-2-

REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE AND CITIBANK'S MOTION

## PROOF OF SERVICE

**CASE NAME:** *Theresa Spodick v. Citibank, N.A.*
**CASE NUMBER:** 3:10-cv-01901 JCS
**DATE OF SERVICE:** October 6, 2010
**DESCRIPTION OF DOCUMENTS SERVED:**

**PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE**

**SERVED ON THE FOLLOWING:**

Stuart B. Wolfe
David M. Chute
WOLFE & WYMAN LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614-9200
Tel: 949.475.9200
Fax: 949.475.9203

I am over the age of 18 years and not a party to or interested in the above-named case. I am an employee of Jenkins Goodman Neuman & Hamilton LLP, and my business address is 417 Montgomery Street, 10th Floor, San Francisco, CA 94104. On the date stated above, I served a true copy of the document(s) described above, by mail, by placing said document(s) in an envelope, addressed as shown above for collection and mailing on the date shown above following the ordinary business practices of Jenkins Goodman Neuman & Hamilton LLP. I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, said document(s) would be deposited with the United States Postal Service at a post box in San Francisco, California on the same day (at approximately 5:00 P.M.) with postage thereon fully prepaid for first class mail.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on the date stated above.

TERRI RANKIN

f:\docs\fjn\pos - mail.docx

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

-1-

PROOF OF SERVICE