Stuart B. Wolfe (SBN 156471)
David M. Chute (SBN 136564)
dmchute@wolfewyman.com
WOLFE & WYMAN LLP
5 Park Plaza, Suite 1100
Irvine, California 92614-5979
Telephone: (949) 475-9200
Facsimile: (949) 475-9203

Attorneys for Defendant and Third-Party Plaintiff
CITIBANK, N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SPODICK, Conservator of the Person and Estate of Lorraine C. Pearson,<br><br>  Plaintiff,<br><br>  v.<br><br>CITIBANK, N.A., and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No. CV 10 1901 JCS<br><br>**STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE AND MOTION TO AMEND**<br><br>Current Date:  October 22, 2010<br>New Date:       November 19, 2010 |
| CITIBANK, N.A.,<br><br>  Third-Party Plaintiff,<br><br>  v.<br><br>MOSTAFA BEHZADPOUR, an individual,<br><br>  Third-Party Defendant. | |

///
///
///
///

1  IT IS HEREBY STIPULATED by the parties, through their counsel that the
2  Case Management Conference and Citibank, N.A.'s Motion to Amend set for
3  hearing on October 22, 2010 are continued to November 19, 2010.
4
5  WHEREAS, Defendant and Third-Party Plaintiff Citibank, N.A. filed a
6  Motion to Amend its Third-Party Complaint and noticed the hearing for October 22,
7  2010.
8
9  WHEREAS, the Court set a Case Management Conference for October 22,
10 2010.
11 WHEREAS, the parties have reached a settlement which will require some
12 time to document.
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

WHEREFORE, the parties hereby stipulate and agree as follows:

Citibank, N.A.'s Motion to Amend and the Case Management Conference are to be continued to November 19, 2010 at 1:30 p.m. in Department A.

DATED: October 18, 2010                WOLFE & WYMAN LLP

By: _____
STUART B. WOLFE
DAVID M. CHUTE
Attorneys for Defendant and Third-Party Plaintiff **CITIBANK, N.A.**

DATED: October 18, 2010                JENKINS GOODMAN NEUMAN & HAMILTON, LLP

By: _____
DENISE R. SUTHERLAND
Attorneys for Plaintiff
**THERESA SPODICK**

## ORDER

The Court having read and consider the Stipulation regarding the continuance of the Case Management Conference and Motion to Amend,

IT IS SO ORDERED that Citibank, N.A.'s Motion to Amend and the Case Management Conference are continued to November 19, 2010 at ~~1:30 p.m.~~ 9:30 a.m. in Department A.

DATED: __10/18/10__                By: _____
Hon. Joseph C. Spero
Judge Joseph C. Spero

H:\Matters\CitiMtg, Inc. - CMI (1133.003)\393 (Spodick)\Pleadings\Stipulation Cont CMC

---
3
**STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE – CV 10-1901**

ELECTRONIC PROOF OF SERVICE
Theresa Spodick v. Citibank, N.A, et al.
Case No. 10-cv-01901 JCS

**STATE OF CALIFORNIA** )
                        ) ss.
**COUNTY OF ORANGE**    )

I, Kathy Hagmaier, declare:

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 5 Park Plaza, Suite 1100, Irvine, California 92614-5979. On October 18, 2010, I served the document(s) described as STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE AND MOTION TO AMEND as follows:

Farley J. Neuman, Esq.
Denisa Sutherland, Esq.
JENKINS GOODMAN NEUMAN & HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, CA 94104
Email:  fneuman@jgn.com
Email:  dsutherland@jgn.com

☒  **BY ELECTRONIC ACCESS** Pursuant to Electronic Filing Court Order, I hereby certify that the above document(s) was uploaded to the *Spodick v. Citibank, N.A., Case No. 10-cv-01901-JCS* website and will be posted on the website by the close of the next business day and the webmaster will give e-mail notification to all parties.

☒  **[Federal]**   I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.

Executed on October 18, 2010, at Irvine, California.

*/s/ Kathy Hagmaier*