1  FARLEY J. NEUMAN, ESQUIRE - State Bar #100021
   DENISE SUTHERLAND, ESQUIRE – State Bar#183081
2  JENKINS GOODMAN NEUMAN & HAMILTON LLP
   417 Montgomery Street, 10th Floor
3  San Francisco, California  94104
   Telephone:  (415) 705-0400
4  Facsimile:  (415) 705-0411

5

6
   Attorneys for Plaintiff, THERESA SPODICK
7  Conservator of the Person and Estate of Lorraine C. Pearson

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | THERESA SPODICK, Conservator of
   | the Person and Estate of Lorraine C.          Case No. 3:10-CV-01901-JCS
13 | Pearson,
                                                   **STIPULATION CONTINUING CASE**
14 |                               Plaintiff,      **MANAGEMENT CONFERENCE AND**
                                                   **MOTION TO AMEND**
15 | vs.

16 | CITIBANK, N.A. and DOES 1                     Current Date:  November 19, 2010
   | through 50, inclusive,                        Current Date:  December 10, 2010
17 |
   |                               Defendants.     Action Filed:  March 3, 2010
18 |                                               San Francisco Superior
   | CITIBANK, N. A.,                              Court Case No.:  CGC-10-497405
19 |
   |                        Third-Party Plaintiff,
20

21
   vs.
22
   MOUSTAFA BEHZADPOUR, an
23 individual,

24
                          Third-Party Defendant.
25
   ///
26

                                      -1-

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE – CV 10-1901

Jenkins Goodman Neuman & Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA 94104
(415) 705-0400

///

IT IS HEREBY STIPULATED by the parties, through their counsel that the Case Management Conference and Citibank, N.A.'s Motion to Amend set for hearing on November 19, 2010 are continued to December 10, 2010.

WHEREAS, Defendant and Third-Party Plaintiff Citibank, N.A. filed a Motion to Amend its Third-Party Complaint and noticed the hearing for October 22, 2010;

WHEREAS, the Court set a Case Management Conference for October 22, 2010;

WHEREAS, the parties entered into an earlier Stipulation Continuing Case Management Conference and Motion to Amend to have the hearings set for November 19, 2010, which was approved by the court;

WHEREAS, the parties have reached a settlement and the settlement has not yet been finalized;

WHEREFORE, the parties herby stipulate and agree as follows: Citibank, N.A.'s Motion to Amend and the Case Management Conference are to be continued to December 10, 2010 at 10:30 a.m. in Department A.

DATED: November __, 2010      JENKINS GOODMAN NEUMAN
                                                             & HAMILTON LLP

By: _____
DENISE R. SUTHERLAND
Attorneys for Plaintiff, THEREA SPODICK (Conservator for Lorraine C. Pearson)

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

-2-

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE – CV 10-1901

1  DATED: November 11, 2010        WOLFE & WYMAN, LLP

2

3                                  By: _____
                                       STUART B. WOLFE
4                                      DAVID M. CHUTE
                                       Attorneys for Defendant, CITIBANK, N.A.
5

6                                       **ORDER**

7

8       The Court having read and consider the Stipulation regarding the continuance of the

9  Case Management Conference and Motion to Amend.

10      IT IS SO ORDERED that Citibank, N.A.'s Motion to Amend and the Case

11 Management Conference are continued to December 10, 2010 at ~~10:30~~ 9:30 a.m., in

12 Department A.

13 DATED: Nov. 12, 2010

14

15                                  By: _____
16                                      Judge Joseph C. Spero
                                        UNITED STATES DISTRICT COURT
                                        NORTHERN DISTRICT OF CALIFORNIA

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

-3-

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE – CV 10-1901

# PROOF OF SERVICE

CASE NAME: *Theresa Spodick v. Citibank, N.A.*
CASE NUMBER: 3:10-cv-01901 JCS
DATE OF SERVICE: November 12, 2010
DESCRIPTION OF DOCUMENTS SERVED:

STIPULATION CONTINUING CASE MANAGEMENT
CONFERERENCE AND MOTION TO AMEND

SERVED ON THE FOLLOWING:

Stuart B. Wolfe
David M. Chute
WOLFE & WYMAN LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614-9200
Tel: 949.475.9200
Fax: 949.475.9203

    I am over the age of 18 years and not a party to or interested in the above-named case. I am an employee of Jenkins Goodman Neuman & Hamilton LLP, and my business address is 417 Montgomery Street, 10th Floor, San Francisco, CA 94104. On the date stated above, I served a true copy of the document(s) described above, by mail, by placing said document(s) in an envelope, addressed as shown above for collection and mailing on the date shown above following the ordinary business practices of Jenkins Goodman Neuman & Hamilton LLP. I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, said document(s) would be deposited with the United States Postal Service at a post box in San Francisco, California on the same day (at approximately 5:00 P.M.) with postage thereon fully prepaid for first class mail.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on the date stated above.

_____
Rosa Keel

f:\docs\fjn\pos - mail.docx

-1-

PROOF OF SERVICE