# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA SPODICK, Conservator of the Person and Estate of Lorraine C. Pearson,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK, N.A., and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 10 1901 JCS<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |
| CITIBANK, N.A.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>MOSTAFA BEHZADPOUR, an individual,<br><br>Third-Party Defendant. | |

///
///
///
///

Based upon the Joint Motion/Stipulation for Dismissal, IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice as to all parties pursuant to *Federal Rules of Civil* Procedure § 41(a)(1).

DATED: December 7, 2010    By: 
Honorable Joseph C. Spero
U.S. District Judge

H:\Matters\CitiMtg, Inc. - CMI (1133.003)\393 (Spodick)\Pleadings\Order Dismissing Action with prejudice.doc